U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 7 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL S. REID                         CIVIL ACTION NO. 03-2254

VERSUS                                  JUDGE DRELL

COMMISSIONER OF SOCIAL SECURITY         MAGISTRATE JUDGE KIRK

## REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion and Order to Clarify and Reconsider Judgment (Doc. #17), referred to the undersigned for report and recommendation by the District Judge. Plaintiff seeks a reconsideration of the District Court's judgment (Doc. #16) adopting the report and recommendation in this matter (Doc. #13).

In his memorandum, Plaintiff restates the arguments made in his original brief, which are the same arguments that Plaintiff presented in his objections to the report and recommendation. Plaintiff offers no new arguments or new cases in support of his claim that he is disabled, and he has presented no new evidence.

For the foregoing reasons, it is recommended that Reid's Motion (Doc. #17) be denied.

Thus done and signed at Alexandria, Louisiana, this 7th day of July, 2005.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE