UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL S. REID | CIVIL ACTION NO. 03-2254-A |
| -vs- | JUDGE DRELL |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation suggesting that Plaintiff's Motion and Order to Clarify and Reconsider Judgment (Document No. 17) be denied. (Document No. 20.) After reviewing the entire file in this matter, including the written objections, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Magistrate Judge's Report and Recommendation. The Court further notes the Administrative Law Judge's improper reference to medical reports that did not apply to Plaintiff and were erroneously made a part of the underlying record was appropriately discounted in connection with the March 28, 2005 Judgment. The record contains other evidence sufficient to support the decision of the Commissioner.

Accordingly, IT IS ORDERED that Plaintiff's Motion and Order to Clarify and Reconsider Judgment (Document No. 17) is DENIED.

SIGNED on this 12th day of December, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge